Mary E. George, Individually and as Executrix, etc., Plaintiff, v. Margaret J. Johnson, Individually and as Administratrix, etc., Defendant.— Motion to dismiss appeal granted, without costs, on authority of *Platz* v. *City of Cohoes* (8 Abb. N. C. 392). Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Herbert H. Gibbs, Respondent, v. Knickerbocker Savings and Loan Company, Appellant.— Motion granted on condition that within five days after entry of the order herein, appellant pay to respondent the sum of ten dollars costs; otherwise, motion denied, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of the Application of the Commissioners of the Palisades Interstate Park for Condemnation of Certain Lands, etc. (Appeals Nos. 1 and 2.)— Motions to resettle orders in accordance with stipulations signed by the parties granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of the Petition of William W. Farley, as State Commissioner of Excise, for an Order Revoking and Canceling Liquor Tax Certificate No. 23,169, Issued to Abram V. Decker, and Transferred to Elnathan Gazley.— Motion for stay granted by default. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

In the Matter of Supplementary Proceedings. Charles S. Gladden, Judgment Creditor, v. Robert H. Archbold and Another, Judgment Debtors.— Motion to resettle order made and entered herein on October 16, 1914 (164 App. Div. 957), by adding after the words "with ten dollars costs and disbursements" the words "all to be applied on plaintiff's judgment," granted, without costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Edward B. Kinsila, Respondent, v. Lee Shubert, Appellant.— Motion denied. Present — Jenks, P. J., Burr, Thomas and Stapleton, JJ.; Rich, J., not voting.

McNulty Brothers, Plaintiff, v. Carsten Henry Offerman and Others, Appellants, Impleaded, etc.— Motions granted. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

Charles M. Nelson, an Infant, etc., Appellant, v. Benjamin F. Connor, Respondent.— Motion granted, with ten dollars costs. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

The People of the State of New York ex rel. Ida Von Claussen, Relator, v. Henry Schleth, Warden of the City Prison, etc., Respondent.— Motion for stay denied, and temporary stay vacated. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.

William J. Rague, Appellant, v. New York Evening Journal Publishing Company, Respondent.— Motion granted. Present — Burr, Thomas, Rich, Stapleton and Putnam, JJ.

Mary Rosenberg, Respondent, v. Rose Pollock, Appellant.— Motion for stay granted on condition that within ten days the appellant file a bond to pay the amount of the fine, together with any costs and disbursements on appeal. In default thereof motion denied. Present — Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ.